John Sauls, William S. Thayer, H. F. Quackenbos, George Sauls and Rufus Brooke, Plaintiffs in Error, vs. William Laws and William Bothomly, Copartners as Laws & Bothomly, Defendants in Error.

### DIVISION A.

Writ of error to Circuit Court, Volusia county; Minor S. Jones, Judge.

*Isaac A. Stewart* (with whom was *Egford Bly* on the brief); for Plaintiff in Error.

*Thomas E. Wilson,* for Defendant in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.